CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED for Roanoke
SEP 2 6 2006
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALONZO GILES, ) | |
|     Petitioner, ) | Civil Action No. 7:06-cv-00456 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Norman K. Moon |
|     Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that this action, construed by the court as a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 26th day of September, 2006.

                                                             */s/ Norman K. Moon*
                                                             United States District Judge